IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-48-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| COURTNEY BASNIGHT | ) | |

This cause comes before the Court on a letter from defendant, Courtney Basnight, seeking the Court's review of his case for harmless and plain error, alleging that an Assistant United States Attorney involved in his case has been disbarred. [DE 81]. After receiving notice of the Court's intent to reconstrue his letter as a motion pursuant to 28 U.S.C. § 2255, [DE 87], defendant has responded and indicated that he does not wish for the letter to be treated as a § 2255 motion. Defendant's motion for review is therefore denied without prejudice.

SO ORDERED, this 5 day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE